1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )    Case No.:  5:21-MJ-00610-DUTY
                                   )
12              Plaintiff,         )    ORDER OF DETENTION PENDING
                                   )    FURTHER REVOCATION
13        v.                       )    PROCEEDINGS
                                   )    (FED. R. CRIM. P. 32.1(a)(6); 18
14  Tony Juarez,                   )    U.S.C. § 3143(a)(1))
                                   )
15              Defendant.         )
                                   )

16        The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Southern_____ District of
18  __California_____ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20        Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (x)   The defendant has not met his/her burden of establishing by clear and
23            convincing evidence that he/she is not likely to flee if released under 18
24            U.S.C. § 3142(b) or (c).  This finding is based on the following:
25            (x)   information in the Pretrial Services Report and Recommendation
26            (x)   information in the violation petition and report(s)
27            ( )   the defendant's nonobjection to detention at this time
28            ( )   other: _____

                                          1

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (x) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following: |
| 6 | | (x)   information in the Pretrial Services Report and Recommendation |
| 7 | | (x)   information in the violation petition and report(s) |
| 8 | | ( )   the defendant's nonobjection to detention at this time |
| 9 | | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/27/2021

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE